No. 805. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, PETITIONER, *v.* THE UNITED STATES. February 21, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.

241 U. S.   Decisions on Petitions for Writs of Certiorari.

*Mr. Richard V. Lindabury* for the petitioner. *The Attorney General* and *Mr. Assistant to the Attorney General Todd* for the respondent.